IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTIS C. CARROLL, JR. | : CIVIL ACTION |
| | : |
| v. | : NO. 22-2690 |
| | : |
| LAURA WILLIAMS, KEVIN MADDEN, WARDEN GEORGE W. HILL CORRECTIONAL FACILITY, DELAWARE COUNTY OF PENNSYLVANIA | : : : : |

## ORDER

**AND NOW**, this 28th day of July 2022, upon considering the incarcerated pro se Plaintiff's Motion to proceed *in forma pauperis* (ECF Doc. No. 1), Prisoner Trust Fund Account Statement (ECF Doc. No. 3), study of his pro se Complaint (ECF Doc. No. 2) consistent with our obligations set by Congress, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **GRANT** Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) under 28 U.S.C. § 1915 requiring Artis C. Carroll, Jr., # 22000450 pay the full filing fee of $350 in installments, under 28 U.S.C. § 1915(b), regardless of the outcome of this case:

    a. The Warden of George W. Hill Correctional Facility or other appropriate official shall assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Mr. Carroll's inmate account; or (b) the average monthly balance in Mr. Carroll's inmate account for the six-month period immediately preceding the filing of this case;

    b. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed under this Order referring to this docket number;

    c. In each succeeding month when the amount in Mr. Carroll's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to

the Clerk of Court equaling 20% of the preceding month's income credited to Mr. Carroll's inmate account until the fees are paid;

        d.     Each payment shall refer to the docket number for this case;

2.     The Clerk of Court shall send a copy of this Order to the Warden of George W. Hill Correctional Facility;

3.     The Complaint is deemed filed;

4.     We **DISMISS** the Complaint with prejudice for failure to state a claim consistent with our obligations under 28 U.S.C. § 1915(e)(2)(B)(ii); and,

5.     The Clerk of Court shall **close** this case.

                                                      _____
                                                        KEARNEY, J.